# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br>vs.<br><br>THELMA FAY PEPION,<br><br>                 Defendant. | CR-16-27-GF-BMM<br><br>**ORDER** |

Defendant Thelma Fay Pepion has moved for early termination of her current term of supervised release. (Doc. 52.) The Government does not oppose early termination of Pepion's supervised release. (*Id.* at 2.) The Court conducted a hearing on the motion on January 29, 2020. For the reasons below, the Court will grant Pepion's motion.

Pepion pleaded guilty to Conspiracy to Possess with the Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846. (Doc. 24.) The Court sentenced Pepion to 24 months imprisonment followed by three years of supervised release. (Docs. 39, 41.) Pepion's supervised release commenced on October 19, 2018. Pepion has completed over 14 months of her supervised release. Supervision is scheduled to expire on October 18, 2021.

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interests of

justice." 18 U.S.C. § 3564(c) The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

United States Probation Officer Jessica Heim reports that Pepion has not violated any of her supervision violations. (Doc. 53 at 3.) USPO Heim does not oppose early termination of Pepion's supervised release. (*Id.*) The record reflects that Pepion has complied with her supervision conditions. Pepion has demonstrated she is able to conform her conduct to the law. Pepion has changed her lifestyle to address the Court's obligations. Pepion does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 52) is **GRANTED**.

DATED this 30th day of January, 2020.

_____
Brian Morris
United States District Court Judge